B6A (Official Form 6A) (12/07)

**IN RE** Rosequist, Phil Robert _____  Case No. _____
               Debtor(s)                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 104 Linden Street<br>Henderson, Nevada 89015 | | | 181,500.00 | 132,000.00 |
| 1101 WOODBRIDGE DRIVE<br>LAS VEGAS, NEVADA 89102 | | | 128,250.00 | 62,000.00 |
| 1500 Sattes Street<br>Las Vegas, Nevada 89101 | | | 135,750.00 | 31,000.00 |
| 2661 San Marcos Court<br>Las VEgas, Nevada 89115 | | | 163,500.00 | 35,000.00 |
| 2860 North Bronco<br>Las Vegas, Nevada 89108 | | | 404,000.00 | 218,000.00 |
| 331 Medio Court<br>Henderson, Nevada 89014 | | | 259,600.00 | 208,000.00 |
| 3401 West Charleston<br>Las Vegas, Nevada 89102 | | | 251,000.00 | 250,000.00 |
| 3601 Valley Forge Ave.<br>Las Vegas, Nevada 89110 | | | 189,000.00 | 50,000.00 |
| 3653 Judson Ave.<br>Las Vegas, Nevada 89115 | | | 142,500.00 | 53,000.00 |
| 3681 Judson Ave.<br>Las Vegas,Nevada 89115 | | | 140,000.00 | 53,000.00 |
| 388 El Pico Drive<br>Henderson, Nevada 89014 | | | 212,000.00 | 109,000.00 |
| 4020 Colusa Circle<br>Las Vegas, Nevada 89110 | | | 160,500.00 | 36,000.00 |
| 409 SOUTH WALLACE DRIVE<br>LAS VEGAS, NEVADA 89107 | | | 119,000.00 | 69,000.00 |
| 4218 Hazel Crest<br>Las Vegas, Nevada 89121 | | | 200,000.00 | 93,000.00 |
| 4309 El Cebra Way<br>Las Vegas, Nevada 89121 | | | 166,400.00 | 84,000.00 |
| 4320 CORAN LANE<br>LAS VEGAS, NEVADA 89108 | | | 165,000.00 | 75,000.00 |
| 4421 Isabella Ave.<br>Las Vegas, Nevada 89110 | | | 132,000.00 | 65,500.00 |
| 5214 RAPPAHANOCK STREET<br>LAS VEGAS, NEVADA 89122 | | | 110,675.00 | 51,000.00 |
| | | **TOTAL** | **4,122,075.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07) - Cont.

IN RE **Rosequist, Phil Robert** _____    Case No. _____
<span>                              Debtor(s)</span>                                                                                 (If known)

# SCHEDULE A - REAL PROPERTY
## (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **5504 Reiter**<br>**Las Vegas, Nevada 89108** | | | 160,000.00 | 142,000.00 |
| **6791 Tiffollo Lane**<br>**Las Vegas, Nevada 89156** | | | 172,000.00 | 63,000.00 |
| **868 North 29th Street**<br>**Las Vegas, Nevada 89101** | | | 114,400.00 | 40,000.00 |
| **Farm/ 85625 Cicchi Street**<br>**Sandy Valley, CA** | | | 415,000.00 | 320,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Rosequist, Phil Robert**_____    Case No. _____

Debtor(s)    (If known)

# SCHEDULE B - PERSONAL PROPERTY

 Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

 **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

 If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING & SAVINGS** | | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **HOUSEHOLD GOODS** | | 12,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Kristin K Limited** | | 0.00 |
| | | **LISA ANN LIMITED PARTNERSHIP** | | 0.00 |
| | | **MASTER BRYAN R. LIMITED PARTNERSHIP** | | 0.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Rosequist, Phil Robert**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **MISS JULIE LIMITED PARTNERSHIP** | | **0.00** |
| | | **PRR Limited** | | **0.00** |
| | | **REGATTA BAY LIMITED** | | **0.00** |
| | | **SIR JEFF LIMITED PARTNERSHIP** | | **0.00** |
| | | **Utah Property** **3.36 acres** | | **0.00** |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **PHIL ROBERT ROSEQUIST V. WASHINGTON MUTUAL BANK, FA** **DISTRICT COURT, CLARK COUNTY OF NEVADA** **CASE NO.  A536296** | | **tbd** |
| | | **REGATTA BAY LIMITED V. UNITED STATES OF AMERICA** **U.S. DISTRICT COURT, DISTRICT OF NEVADA** **CASE NO. 2:07-cv-01619-PMP-PAL** | | **tbd** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1989 Ford Bronco** **2009 Camry Toyota** | | **0.00** **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Rosequist, Phil Robert** _____    Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | **Crops not yet harvested or sold** | | 40,000.00 |
| 33. Farming equipment and implements. | | **Farming Equipment:** | | 45,000.00 |
| | | **1953 Caterpillar Grader Serial # 8T10723** | | |
| | | **2000 John Deere 7810 Tractor Serial # RW7810P39660** | | |
| | | **2005 Recon (Hay Conditioner) Serial # 1805000-UP** | | |
| | | **1995 John Deere Chopper Serial # E03970X916105** | | |
| | | **2000 Heston Rotary Swarther Serial # 850-0035+** | | |
| | | **1990 Case 621 Loader Serial # JAK0021083** | | |
| | | **1990 Heston 4900 (1 Ton) Baler Equipped with Accumulator Serial # BB49-02045** | | |
| | | **1978 Chevy C 60 2.5 Ton Truck Serial # CCD618V151804** | | |
| | | **Hay Wagons:** | | |
| | | **Kirby #38/Serial # KR74126** | | |
| | | **Kirby #33/ Serial # KR7743** | | |
| | | **Kirby #36/ Serial # KR7748** | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

TOTAL | 98,000.00

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

B6I (Official Form 6I) (12/07)

IN RE **Rosequist, Phil Robert**                                    Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | **REAL ESTATE SALES**<br><br>**3401 WEST CHARLESTON BLVD.**<br>**LAS VEGAS, NV  89102** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                    DEBTOR            SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $          **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $          **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $          **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $     **14,902.00** | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>(Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $     **14,902.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $     **14,902.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$          **14,902.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only