## United States Bankruptcy Court
## District of Nevada

**IN RE:**                                                           Case No. _____

**Rosequist, Phil Robert**                                  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **CLAYTON MORTGAGE AND INVESTMENT**<br>3041 WEST HORIZON RIDGE PKWY #155<br>HENDERSON, NV 89052 | | | | **251,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**251,000.00** |
| **COUNTRY WIDE HOME LOANS**<br>P.O. BOX 5170<br>SIMI VALLEY, CA 93062-5170 | | | | **404,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**186,000.00** |
| **PATT MCCANN**<br>**2ND LOAN**<br>**5891 SINALOA COURT**<br>**LAS VEGAS, NV 89103** | | | | **165,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**165,000.00** |
| **COUNTRY WIDE HOME LOANS**<br>P.O. BOX 5170<br>SIMI VALLEY, CA 93062-5170 | | | | **189,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**139,000.00** |
| **COUNTRYWIDE HOME LOANS, INC**<br>P.O. BOX 10219<br>VAN NUYS, CA 91410-0219 | | | | **163,500.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**128,500.00** |
| **COUNTRYWIDE HOME LOANS, INC**<br>P.O. BOX 10219<br>VAN NUYS, CA 91410-0219 | | | | **160,500.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**124,500.00** |
| **SELECT PORTFOLIO SERVICING, INC**<br>P.O. BOX 65250<br>SALT LAKE CITY, UT 84165 | | **Bank loan** | | **113,545.00** |
| **COUNTRY WIDE HOME LOANS**<br>P.O. BOX 5170<br>SIMI VALLEY, CA 93062-5170 | | | | **172,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**109,000.00** |
| **COUNTRYWIDE HOME LOANS, INC**<br>P.O. BOX 10219<br>VAN NUYS, CA 91410-0219 | | | | **200,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**107,000.00** |

| | | |
|---|---|---|
| **COUNTRY WIDE HOME LOANS**<br>P.O. BOX 5170<br>SIMI VALLEY, CA  93062-5170 | | 135,750.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>104,750.00 |
| **PORTFOLIO SERVICING, INC.**<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 65250<br>SALT LAKE CITY, UT | | 212,000.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>103,000.00 |
| **AMERICAN HOME MORTGAGE SERVICE, INC.**<br>P.O.BOX 631730<br>IRVING, TX  75063-1730 | | 165,000.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>90,000.00 |
| **BANK OF NEVADA**<br>1ST LOAN<br>2700 WEST SAHARA AVE.<br>LAS VEGAS, NV  89102 | | 250,000.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>90,000.00 |
| **HOMEQ SERVICING**<br>P.O. BOX 13716<br>SACRAMENTO, CA  95853-3716 | | 140,000.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>87,000.00 |
| **SELECT PORTFOLIO SERVICING, INC**<br>P.O. BOX 65250<br>SALT LAKE CITY, UT  84165 | Bank loan | 86,377.00 |
| **AMERICAN HOME MORTGAGE SERVICE, INC.**<br>P.O.BOX 631730<br>IRVING, TX  75063-1730 | | 142,500.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>82,937.00 |
| **HOMEQ**<br>P.O. BOX 13716<br>SACRAMENTO, CA  95853-3716 | | 166,400.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>82,400.00 |
| **CITI MORTGAGE, INC**<br>P.O. BOX 9438<br>GAITHERSBURG, MD  20898-9438 | Bank loan | 81,924.00 |
| **AMERICA BROKERS CONDUIT**<br>ATTN: PAYMENT PROCESSING MAIL STOP D1-11<br>P.O. BOX 3050<br>COLUMBIA, MD  21045-6050 | | 114,400.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>74,400.00 |
| **AMERICAN HOME MORTGAGE SERVICE, INC.**<br>P.O.BOX 631730<br>IRVING, TX  75063-1730 | | 132,000.00<br>**Collateral:**<br>0.00<br>**Unsecured:**<br>66,500.00 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September  4, 2009**   Signature   */s/ Phil R. Rosequist*
                                of Debtor                                Phil R. Rosequist

Date: _____   Signature
                                of Joint Debtor
                                (if any)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                                  Case No. _____

**Rosequist, Phil Robert** _____      Chapter **11** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 4,122,075.00 | | |
| B - Personal Property | Yes | 3 | $ 98,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $ 4,373,075.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 747,864.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 14,902.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 31,331.00 |
| TOTAL | | 20 | $ 4,220,075.00 | $ 5,120,939.33 | |

**United States Bankruptcy Court**
**District of Nevada**

IN RE: **Rosequist, Phil Robert**
Debtor(s)

Case No. _____

Chapter **11**

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert** _____ Case No. _____
                                     Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **00072287** <br> **AMERICA BROKERS CONDUIT** <br> **ATTN: PAYMENT PROCESSING MAIL STOP D1-11** <br> **P.O. BOX 3050** <br> **COLUMBIA, MD  21045-6050** | | | 01/27/2005 <br><br> **868 NORTH 29TH STREET** <br> **LAS VEGAS, NEVADA 89101** <br><br> VALUE $ | | | | 114,400.00 | 74,400.00 |
| ACCOUNT NO. **0030380083** <br> **AMERICAN HOME MORTGAGE SERVICE, INC.** <br> **P.O.BOX 631730** <br> **IRVING, TX  75063-1730** | | | **4421 ISABELLA AVE.** <br> **LAS VEGAS, NEVADA 89110** <br><br> VALUE $ | | | | 132,000.00 | 66,500.00 |
| ACCOUNT NO. **0030380414** <br> **AMERICAN HOME MORTGAGE SERVICE, INC.** <br> **P.O.BOX 631730** <br> **IRVING, TX  75063-1730** | | | **3653 JUDSON AVE.** <br> **LAS VEGAS, NEVADA 89115** <br><br> VALUE $ | | | | 142,500.00 | 82,937.00 |
| ACCOUNT NO. **0030380331** <br> **AMERICAN HOME MORTGAGE SERVICE, INC.** <br> **P.O.BOX 631730** <br> **IRVING, TX  75063-1730** | | | **4320 CORAN LANE** <br> **LAS VEGAS, NEVADA 89108** <br><br> VALUE $ | | | | 165,000.00 | 90,000.00 |
| _____ **4** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | $ 553,900.00 | $ 313,837.00 |
| | | | Total <br> (Use only on last page) | | | | $ <br> (Report also on Summary of Schedules.) | $ <br> (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert** _____ Case No. _____
                         Debtor(s)                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **103316598**<br>**BANK OF NEVADA**<br>**1ST LOAN**<br>**2700 WEST SAHARA AVE.**<br>**LAS VEGAS, NV  89102** | | | **85625 CICCHI STREET**<br>**SANDY VALLEY, CA**<br>**1ST LOAN**<br><br>VALUE $ | | | | **250,000.00** | **90,000.00** |
| ACCOUNT NO. **41450449**<br>**CLAYTON MORTGAGE AND INVESTMENT**<br>**3041 WEST HORIZON RIDGE PKWY #155**<br>**HENDERSON, NV  89052** | | | **3401 WEST CHARESTON BLVD.**<br>**LAS VEGAS, NEVADA 89102**<br><br>VALUE $ | | | | **251,000.00** | **251,000.00** |
| ACCOUNT NO. **41450449**<br>**CLAYTON MORTGAGE AND INVESTMENT**<br>**215 EAST WARM SPRINGS RD**<br>**LAS VEGAS, NV  89119** | | | **3401 WEST CHALESTON BLVD.**<br>**LAS VEGAS, NEVADA 89102**<br><br>VALUE $ | | | | **251,000.00** | **1,000.00** |
| ACCOUNT NO. **130510679**<br>**COUNTRY WIDE HOME LOANS**<br>**P.O. BOX 5170**<br>**SIMI VALLEY, CA  93062-5170** | | | **2860 NORTH BRONCO**<br>**LAS VEGAS, NEVADA 89108**<br><br>VALUE $ | | | | **404,000.00** | **186,000.00** |
| ACCOUNT NO. **000750304**<br>**COUNTRY WIDE HOME LOANS**<br>**P.O. BOX 5170**<br>**SIMI VALLEY, CA  93062-5170** | | | **3601 VALLEY FORGE AVE.**<br>**LAS VEGAS, NEVADA 89110**<br><br>VALUE $ | | | | **189,000.00** | **139,000.00** |
| ACCOUNT NO. **749395**<br>**COUNTRY WIDE HOME LOANS**<br>**P.O. BOX 5170**<br>**SIMI VALLEY, CA  93062-5170** | | | **1500 SATTES STREET**<br>**LAS VEGAS, NEVADA 89101**<br><br>VALUE $ | | | | **135,750.00** | **104,750.00** |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,480,750.00**   $ **771,750.00**

Total (Use only on last page) $          $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert** _____    Case No. _____
                            Debtor(s)                             (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **750906**<br>**COUNTRY WIDE HOME LOANS**<br>**P.O. BOX 5170**<br>**SIMI VALLEY, CA  93062-5170** | | | **6791 TIFFOLLO LANE**<br>**LAS VEGAS, NEVADA 89155**<br><br>VALUE $ | | | | **172,000.00** | **109,000.00** |
| ACCOUNT NO. **023107672**<br>**COUNTRY WIDE LOANS, INC**<br>**P.O. BOX**<br>**SIMI VALLEY, CA  93062-5170** | | | **409 SOUTH WALLACE STREET**<br>**LAS VEGAS, NEVADA 89107**<br><br>VALUE $ | | | | **119,000.00** | **50,000.00** |
| ACCOUNT NO. **021217300**<br>**COUNTRY WIDE LOANS, INC**<br>**P.O. BOX**<br>**SIMI VALLEY, CA  93062-5170** | | | **1101 WOODBRIDGE DRIVE**<br>**LAS VEGAS, NEVADA 89108**<br><br>VALUE $ | | | | **128,250.00** | **66,250.00** |
| ACCOUNT NO. **021217311**<br>**COUNTRY WIDE LOANS, INC**<br>**P.O. BOX**<br>**SIMI VALLEY, CA  93062-5170** | | | **5214 RAPPAHANOCK STREET**<br>**LAS VEGAS, NEVADA 89122**<br><br>VALUE $ | | | | **110,675.00** | **59,675.00** |
| ACCOUNT NO. **000750600**<br>**COUNTRYWIDE HOME LOANS, INC**<br>**P.O. BOX 10219**<br>**VAN NUYS, CA  91410-0219** | | | **104 LIDEN AVE.**<br>**HENDERSON, NEVADA 89015**<br><br>VALUE $ | | | | **181,500.00** | **49,500.00** |
| ACCOUNT NO. **000750058**<br>**COUNTRYWIDE HOME LOANS, INC**<br>**P.O. BOX 10219**<br>**VAN NUYS, CA  91410-0219** | | | **4020 COLUSA CIRCLE**<br>**LAS VEGAS, NEVADA 89110**<br><br>VALUE $ | | | | **160,500.00** | **124,500.00** |

Sheet no. __**2**__ of __**4**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **871,925.00**  $ **458,925.00**

Total (Use only on last page) $  $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert** _____   Case No. _____
                                  Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **000751226**<br>**COUNTRYWIDE HOME LOANS, INC**<br>**P.O. BOX 10219**<br>**VAN NUYS, CA 91410-0219** | | | **4218 HAZELCREST DRIVE**<br>**LAS VEGAS, NEVADA 89121**<br><br>VALUE $ | | | | **200,000.00** | **107,000.00** |
| ACCOUNT NO. **000749476**<br>**COUNTRYWIDE HOME LOANS, INC**<br>**P.O. BOX 10219**<br>**VAN NUYS, CA 91410-0219** | | | **2661 SAN MARCOS COURT**<br>**LAS VEGAS, NEVADA 89155**<br><br>VALUE $ | | | | **163,500.00** | **128,500.00** |
| ACCOUNT NO. **7439559543**<br>**HOMECOMING FINANCIAL**<br>**ATTN: CUSTOMER CARE**<br>**P.O. BOX 5170**<br>**SIMI VALLEY, CA 93062-5170** | | | **331 MEDIO COURT**<br>**HENDERSON, NEVADA 89014**<br><br>VALUE $ | | | | **259,600.00** | **51,600.00** |
| ACCOUNT NO. **0066484676-9504**<br>**HOMEQ**<br>**P.O. BOX 13716**<br>**SACRAMENTO, CA 95853-3716** | | | 11/20/2004<br><br>**4309 EL CEBRA WAY**<br>**LAS VEGAS, NEVADA 89121**<br><br>VALUE $ | | | | **166,400.00** | **82,400.00** |
| ACCOUNT NO. **323094524**<br>**HOMEQ SERVICING**<br>**P.O. BOX 13716**<br>**SACRAMENTO, CA 95853-3716** | | | **5504 REITER AVE.**<br>**LAS VEGAS, NEVADA 89108**<br><br>VALUE $ | | | | **160,000.00** | **18,000.00** |
| ACCOUNT NO. **323114231**<br>**HOMEQ SERVICING**<br>**P.O. BOX 13716**<br>**SACRAMENTO, CA 95853-3716** | | | **3681 JUDSON AVE.**<br>**LAS VEGAS, NEVADA 89115**<br><br>VALUE $ | | | | **140,000.00** | **87,000.00** |

Sheet no. ___**3**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  $ **1,089,500.00**   $ **474,500.00**

Total (Use only on last page)  $                   $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert** _____     Case No. _____
                                                   Debtor(s)                                                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **12048**<br>**PATT MCCANN**<br>**2ND LOAN**<br>**5891 SINALOA COURT**<br>**LAS VEGAS, NV 89103** | | | **85625 CICCHI STREET**<br>**SANDY VALLEY, CA**<br>**2ND LOAN**<br><br>VALUE $ | | | | 165,000.00 | 165,000.00 |
| ACCOUNT NO. **0010558526**<br>**PORTFOLIO SERVICING, INC.**<br>**ATTN: BANKRUPTCY DEPARTMENT**<br>**P.O. BOX 65250**<br>**SALT LAKE CITY, UT** | | | **288 EL PICO DRIVE**<br>**LAS VEGAS, NEVADA 89014**<br><br>VALUE $ | | | | 212,000.00 | 103,000.00 |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **377,000.00** $ **268,000.00**

Total (Use only on last page) $ **4,373,075.00** $ **2,287,012.00**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert** _____   Case No. _____
                                                              Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **260946** <br> **AMERICAN COMMERCIAL CREDIT SERVICES** <br> **RETAINED BY: HELENA CHEMICAL COMPANY** <br> **P.O. BOX 11310** <br> **PHOENIX, AZ 85061-1310** | | | 07/15/2009 | | | | **435.66** |
| ACCOUNT NO. **4888-9300-2075-8964** <br> **Bank Of America** <br> **P.O. BOX 851001** <br> **DALLAS, TX 75285-1001** | | | | | | | **31,529.74** |
| ACCOUNT NO. **4888-9360-9071-8317** <br> **Bank Of America** <br> **P.O. BOX 851001** <br> **DALLAS, TX 75285-1001** | | | | | | | **23,192.88** |
| ACCOUNT NO. **68180114611799** <br> **Bank Of America** <br> **P.O. BOX 28078** <br> **GREENSBORO, NC 27420** | | | | | | | **10,244.01** |

   **2** continuation sheets attached                                                                                            Subtotal <br>
                                                                                        (Total of this page)  $ **65,402.29**

Total <br>
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert** _____ Case No. _____
                          Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **004851523-0002**<br>**CALIFORNIA BUSINESS BUREAU, INC**<br>**4542 RUFFNER STREET STE #160**<br>**SAN DIEGO, CA  92171-0340** | | | 06/02/2009 | | | | 816.03 |
| ACCOUNT NO. **0770981350-0**<br>**CITI MORTGAGE, INC**<br>**P.O. BOX 9438**<br>**GAITHERSBURG, MD  20898-9438** | | | **5214 RAPPAHANOCK STREET**<br>**LAS VEGAS, NV 89122**<br>**2ND MORTGAGE** | | | | 81,924.00 |
| ACCOUNT NO. **41450459**<br>**CLAYTON MORTGAGE AND INVESTMENT**<br>**3041 WEST HORIZON RIDGE PKWY #155**<br>**HENDERSON, NV  89052** | | | **331 MEDIO COURT**<br>**HENDERSON, NV 89014**<br>**2ND MORTGAGE** | | | | 50,000.00 |
| ACCOUNT NO. **165650097**<br>**COUNTRY WIDE HOME LOANS**<br>**P.O. BOX 5170**<br>**SIMI VALLEY, CA  93062-5170** | | | **4309 EL CEBRA WAY**<br>**LAS VEGAS, NV 89124**<br>**2ND MORTGAGE** | | | | 40,000.00 |
| ACCOUNT NO. **165650105**<br>**COUNTRY WIDE HOME LOANS**<br>**P.O. BOX 5170**<br>**SIMI VALLEY, CA  93062-5170** | | | **4320 CORAN LANE**<br>**LAS VEGAS, NV 89108**<br>**2ND MORTGAGE** | | | | 62,725.00 |
| ACCOUNT NO. **6011-0092-6762-0271**<br>**Discover Card**<br>**P.O. Box 6103**<br>**Carol Stream, IL  60197-6103** | | | | | | | 16,629.01 |
| ACCOUNT NO. **603783572**<br>**GREEN HOSPITAL SCRIPPS**<br>**FILE 50400**<br>**LOS ANGELES, CA  90074-0400** | | | 06/15/2006 | | | | 4,860.00 |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **256,954.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert** _____    Case No. _____
                                                           Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **608142441**<br>**SCRIPPS CLINIC**<br>**10666 NORTH TORREY PINES ROAD SV4**<br>**LA JOLLA, CA 92037** | | | 04/29/2009 | | | | **781.00** |
| ACCOUNT NO. **0009688862**<br>**SELECT PORTFOLIO SERVICING, INC**<br>**P.O. BOX 65250**<br>**SALT LAKE CITY, UT 84165** | | | **3653 JUDSON AVE.**<br>**LAS VEGAS, NV 89115**<br>**2ND MOTGAGE** | | | | **54,789.00** |
| ACCOUNT NO. **0009584350**<br>**SELECT PORTFOLIO SERVICING, INC**<br>**P.O. BOX 65250**<br>**SALT LAKE CITY, UT 84165** | | | **4421 ISABELLA AVE.**<br>**LAS VEGAS, NV 89110**<br>**2ND MORTGAGE** | | | | **65,566.00** |
| ACCOUNT NO. **0009584376**<br>**SELECT PORTFOLIO SERVICING, INC**<br>**P.O. BOX 65250**<br>**SALT LAKE CITY, UT 84165** | | | **409 SOUTH WALLACE DRIVE**<br>**LAS VEGAS, NV 89107**<br>**2ND MORTGAGE** | | | | **86,377.00** |
| ACCOUNT NO. **0009688854**<br>**SELECT PORTFOLIO SERVICING, INC**<br>**P.O. BOX 65250**<br>**SALT LAKE CITY, UT 84165** | | | **1101 WOODBRIDGE DRIVE**<br>**LAS VEGAS, NV 89108**<br>**2ND MORTGAGE** | | | | **113,545.00** |
| ACCOUNT NO. **0755347234**<br>**WASHINGTON MUTUAL BANK**<br>**ATTN: CUSTOMER SERVICE**<br>**P.O. BOX 100576**<br>**FLORENCE, SC 29502-0576** | | | **3681 JUDSON AVE.**<br>**LAS VEGAS, NV 89115**<br>**2ND MORTGAGE** | | | | **57,493.00** |
| ACCOUNT NO. **0691149843**<br>**WASHINGTON MUTUAL BANK**<br>**ATTN: CUSTOMER SERVICE**<br>**P.O. BOX 100576**<br>**FLORENCE, SC 29502-0576** | | | **868 NORTH 29TH STREET**<br>**LAS VEGAS, NV 89101**<br>**2ND MORTGAGE** | | | | **46,957.00** |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **425,508.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **747,864.33**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosequist, Phil Robert**_____    Case No. _____
                                  Debtor(s)                                                   (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September  4, 2009**_____    Signature: **_/s/ Phil R. Rosequist_**_____
                                                                    **Phil R. Rosequist**                       Debtor

Date: _____    Signature: _____
                                                                     (Joint Debtor, if any)
                                                                     [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                                   _____
                                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Nevada**

IN RE:  Case No. _____

**Rosequist, Phil Robert** _____  Chapter **11** _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | REAL ESTATE-LISTED ON SCHEDULE I |
| | $3,500.00/MONTHLY |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ None  ☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ None  ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

☑ None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| REGATTA BAY LIMITED vs. UNITED STATES OF AMERICA CASE NO. 2:07-cv-01619-PMP-PAL | FEDERAL TORT CLAIMS ACT TORT CLAIMS AGAINST THE UNITED STATES | UNITED STATES DISTRICT COURT DISTRICT OF NEVADA | ANSWER FILED BY UNITED STATES 7/23/2009 RULE 26 (f) CONFERENCE HELD 8/10/2009 |
| PHIL ROBERT ROSEQUIST vs. WASHINGTON MUTUAL BANK, FA. WASHINGTON MUTUAL BANK, FA.(third-party plaintiff) vs. HOMECOMINGS FINANCIAL, LLC (third-party defendendent) CASE NO: 2:08-CV-01336 | CONSUMER CREDIT | UNITED STATES DISTRICT COURT DISTRICT OF NEVADA(LAS VEGAS) | 10/03/2008 PETITION FOR REMOVAL from Eighth Judicial District Court, Case Number A536296 CURRENT 03/10/2009 MOTION TO STAY PROCEEDING BY RECEIVER FEDERAL DEPOSIT INSURANCE CORPORATION |

☐ None  ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

☐ None  ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

☐ None  ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☐ None  ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

☐ None  ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

☑ None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

☐ None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John Peter Lee, LTD<br>830 Las Vegas Blvd South<br>Las Vegas, NV  89101 | | 5,000.00 |
| Credit Counseling of Southern Nevada<br>Las Vegas, NV  89146 | | 50.00 |

**10. Other transfers**

☑ None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑ None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

☑ None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

☑ None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

☑ None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

☑ None  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

☑ None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

☑ None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Swan & Gardiner Accounting Firm 9005 West Sahara Ave. Las Vegas, NV 89117** | |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.



None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 4, 2009**   Signature  */s/ Phil R. Rosequist*
of Debtor                                                                                                           **Phil R. Rosequist**

Date: _____   Signature _____
of Joint Debtor
(if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                 Case No. _____

**Rosequist, Phil Robert**                                              Chapter **11**
_____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $ **5,000.00**

   Prior to the filing of this statement I have received ......................................................... $ **5,000.00**

   Balance Due ................................................................................................ $ **0.00**

2. The source of the compensation paid to me was:    ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:    ☐ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September  4, 2009** | **/s/ YVETTE R. FREEDMAN, ESQ.** |
| Date | **YVETTE R. FREEDMAN, ESQ. 009898** |
| | **John Peter Lee, Ltd** |
| | **830 Las Vegas Blvd South** |
| | **Las Vegas, NV  89101-6723** |
| | **(702) 382-4044  Fax: (702) 383-9950** |
| | **info@johnpeterlee.com** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only