SULLIVAN, HILL, LEWIN, REZ & ENGEL    **Electronically Filed: September 28, 2009**
A Professional Law Corporation
  Christine A. Roberts, NV SBN 6472
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Bank of Nevada

UNITED STATES BANKRUPTCY COURT

District of Nevada

| | |
|---|---|
| In re | ) CASE NO. BK-S-09-25149-MKN |
| | ) |
| PHIL ROBERT ROSEQUIST, | ) Chapter 11 |
| aka ROBERT ROSEQUIST, | ) |
| aka BOB ROSEQUIST, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) Ctrm: 2 |
| | )         Foley Federal Building |
| | )         300 Las Vegas Blvd. So. |
| | )         Las Vegas, NV 89101 |
| | ) Judge: Hon. Mike K. Nakagawa |

**REQUEST FOR SPECIAL NOTICE
AND TO BE ADDED TO THE MASTER MAILING MATRIX**

**PLEASE TAKE NOTICE** that Creditor, Bank of Nevada, hereby requests that notice of all events relevant to the bankruptcy case of PHIL ROBERT ROSEQUIST and copies of all notices, pleadings and other documents filed in this case, including all pleadings or notices to be given under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on its attorneys as follows:

> Christine A. Roberts
> Sullivan, Hill, Lewin, Rez & Engel
> 228 South Fourth Street, First Floor
> Las Vegas, NV 89101
> Email: roberts@sullivanhill.com

/ / /

- 1 -

1  In addition, Bank of Nevada requests that its attorneys be added to the Master Mailing Matrix
2  in this case and, as said attorneys of record, that we receive notice of all proceedings in this matter.

3  Dated: September 28, 2009

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: */s/ Christine A. Roberts*
Christine A. Roberts
Attorneys for Bank of Nevada

- 2 -

::ODMA\PCDOCS\PCDOCS\302464\1