PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-6584

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| In re | Bk. No. 09-25149-mkn |
| PHIL ROBERT ROSEQUIST AKA ROBERT ROSEQUIST, BOB ROSEQUIST | Chapter 11 |
| Debtor. | REQUEST FOR SPECIAL NOTICE |

IT IS HEREBY REQUESTED that copies of any and all notices and orders sent to any person or entity in connection with this case, including, without limitation, service of any proposed disclosure statement and notice of any hearing to consider the adequacy of the disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, be also sent to the agents for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, claimant herein, addressed as follows:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Dated: September 30, 2009        By /s/ Dean R. Prober
                                   DEAN R. PROBER, ESQ., CA BAR # 106207
                                   As Agent for BAC Home Loans Servicing, LP

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Janice Warren, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, October 7, 2009, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Phil Robert Rosequist
3401 West Charleston Boulevard
Las Vegas, NV 89102
Debtor

Yvette R. Freedman, Esquire
John Peter Lee, LTD
830 Las Vegas Boulevard South
Las Vegas, NV 89101
Attorney for Debtor

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2009, at Woodland Hills, California.

                                                /s/ Janice Warren
                                                Janice Warren