JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 01768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 09898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Phone: (702) 382-4044
E-mail: info@johnpeterlee.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:   PHIL ROBERT ROSEQUIST            )   Chapter 11
                                          )   Case No.: 09-25149-mkn
                                          )
Debtor.                                   )
                                          )
                                          )   Hearing Date: N/A
                                          )   Hearing Time: N/A
                                          )
_____ )

604.023737-mh

## SUBSTITUTION OF ATTORNEYS

Debtor PHIL ROBERT ROSEQUIST, hereby substitutes DAVID RIGGI, ESQ., as his attorney in the above-entitled action in the place and stead of the office of JOHN PETER LEE, LTD.

Dated this 24th day of February, 2011.

_____
PHIL ROBERT ROSEQUIST

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

JOHN PETER LEE LTD., does hereby consent to the above substitution.

Dated this 24th day of February, 2011.

                                        JOHN PETER LEE, LTD.

BY: _____
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044 Fax: (702) 383-9950
Email: info@johnpeterlee.com

The above substitution is accepted.

BY: _____
DAVID RIGGI, ESQ.
Nevada Bar No. 004727
5550 Painted Mirage Rd., #120
Las Vegas, Nevada 89149
Ph: (702) 463-7777 Fax: (888) 306-7157
Email: riggilaw@gmail.com

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950